**No. 62619.**—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 298158–K (New York).

Opinion by JOHNSON, J.   Upon full consideration of all the proceedings herein, the protest was dismissed.

**No. 62620.**—James E. Fox & Co., Inc. *v.* United States, petition 7229–R (New York).

Opinion by JOHNSON, J.   The petition was dismissed.

**No. 62621.**—Israel Import Company *v.* United States, protest 310800–K/8864 (Chicago).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.